1028

*In the Matter of the Marriage of* SCOTT WILSDON, *Respondent,* and JULIE BARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-3-06929-9, James A. Doerty, J., entered April 7, 2003. *Reversed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Coleman, J.

THE STATE OF WASHINGTON, *Respondent,* v. JASON WAYNE ABRAHAMSON, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00053-0, Larry M. Kristianson, J., entered November 16, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.

THE STATE OF WASHINGTON *on the relation of Jisa Pat Compton, Respondent,* v. MARLIN ALEXANDER FOSS, JR., *Appellant,* KATHTHEA JEAN COMPTON, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 96-5-00434-1, James P. Hutton, J., entered March 22, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

THE STATE OF WASHINGTON, *Respondent,* v. ERIC K. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Douglas County, No. 02-1-00052-9, John Hotchkiss, J., entered May 23, 2002. *Reversed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.